IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIE JAMAN<br><br>                    Plaintiff,<br>vs.<br><br>CITY OF PORT TOWNSEND, WASHINGTON; JOHN MAURO; THE OLYMPIC PENINSULA YMCA; WENDY BART; ROWEN DELUNA, ERIN HAWKINS; et. al.<br><br>                    Defendants. | NO. 3:24-cv-05466-TMC<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO NAME ADDITIONAL PARTIES |

THIS MATTER comes before the Court on the Stipulated Motion to Extend Deadline to Add Additional Parties (Dkt. 35), and this Court having considered that Stipulation and the agreement of all parties, now therefore it is:

ORDERED, ADJUDGED AND DECREED that the Court finds good cause to extend the deadline to move to add additional parties from December 12, 2024 until January 13, 2025 such that the Stipulated Motion to Extend Deadline to Add Additional Parties is **GRANTED**; and it is further

ORDERED, ADJUDGED AND DECREED that the December 12, 2024 deadline for adding additional witnesses outlined in the Court's Order Setting Jury Trial and Pretrial Dates (dated September 13, 2024) (ECF No. 28) shall be stricken and set for January 13, 2025. No other dates in the Court's Order Setting Jury Trial and Pretrial Dates (ECF No. 28) shall be extended without further order by the Court.

1
2  DATED this 5th day of December, 2024.
3
4
   Tiffany M. Cartwright
   United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE TO NAME ADDITIONAL
PARTIES – **2**