**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JULIE JAMAN,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY OF PORT TOWNSEND, WASHINGTON; JOHN MAURO, in his official and personal capacities; THE OLYMPIC PENINSULA YMCA; WENDY BART. In her official and personal capacities; ROWEN DELUNA, in her official and personal capacities; ERIN HAWKINS, in her official and personal capacities; and JOHN DOES 1–10, in their official and personal capacities,<br><br>            Defendants. | Case No. 3:24-cv-05466-TMC<br><br>ORDER GRANTING JOINT MOTION TO STAY |

This matter is before the Court on the parties' joint motion to stay. For good cause shown, the Court hereby ORDERS that (1) all pending deadlines and proceedings in this matter—including but not limited to the YMCA Defendants' Motion to Dismiss / Motion for Judgment on the Pleadings—are hereby stayed and (2) the parties shall file a joint status report on or before March 20, 2025, with an update on progress toward settlement, whereupon the Court may determine whether a further stay is warranted. If no settlement is reached and the parties (or a party) seek(s) to lift the stay, the parties will propose new case deadlines to govern this matter after the stay.

IT IS SO ORDERED.

Dated this 19th day of February, 2025.

                                                Tiffany M. Cartwright
                                                United States District Judge