UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE JAMAN,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF PORT TOWNSEND, WASHINGTON; JOHN MAURO, in his official and personal capacities; THE OLYMPIC PENINSULA YMCA; WENDY BART. In her official and personal capacities; ROWEN DELUNA, in her official and personal capacities; ERIN HAWKINS, in her official and personal capacities; and JOHN DOES 1–10, in their official and personal capacities,<br><br>        Defendants. | Case No. 3:24-cv-05466-TMC<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE STAY |

    This matter is before the Court on the parties' joint status report and motion to continue stay. Dkt. 44. For good cause shown, the Court hereby ORDERS that (1) continuing the stay of all pending deadlines and proceedings in this matter—including but not limited to resolving the YMCA Defendants' Motion to Dismiss / Motion for Judgment on the Pleadings—to allow them additional time to explore settlement, and (2) requiring the parties to file a joint status report on or before April 17, 2025, with an update on progress toward settlement, whereupon the Court may determine whether a further stay is warranted. If no settlement is reached and the parties (or a party) seek(s) to lift the stay, the parties will propose new case deadlines to govern this matter after the stay.

IT IS SO ORDERED.

Dated this 4th day of April, 2025

                                              Tiffany M. Cartwright
                                              United States District Judge